UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THUNDERBIRD LODGE, SACRAMENTO, LLC, a limited liability company,<br><br>　　　　　Defendant. | No. 2:20-cv-02161-MCE-CKD<br><br>**ORDER** |

　　　The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal.  ECF No. 17. This case is hereby DISMISSED with prejudice pursuant to the Court's Memorandum and Order, ECF No. 11, and due to Plaintiff's decision not to amend his Complaint, ECF Nos. 13, 14.  The Clerk of the Court is directed to close this case.

　　　IT IS SO ORDERED.

Dated:  February 15, 2023

　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

1